UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOMINIQUE D. WILLIAMS,

                       Plaintiff,

v.                                                **ORDER**

LOHARD, Officer/Lt of Newburgh NY PD,      20-CV-10571 (PMH)
et al.,
                       Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Plaintiff *pro se* and counsel for defendants appeared for an initial pretrial telephone conference today. The Court will separately docket the Civil Case Discovery Plan and Scheduling Order. Defendants shall mail a copy of that scheduling order to plaintiff.

    The Court directed plaintiff to serve, by June 7, 2022, responses to the outstanding discovery requests and to complete and sign HIPAA authorizations served upon him by defendants.

    Plaintiff was reminded that it is his obligation to promptly submit a written notification to the Court when his address changes and the Court may dismiss the action if Plaintiff fails to do so. The Court was advised that plaintiff's current address is: Dominique Williams, 21A2809, Green Haven Correctional Facility, 594 NY-216, Stormville, NY 12582. The Clerk of Court is respectfully requested to update plaintiff's address on the docket, and to mail a copy of this Order to him at that address.

SO ORDERED.

Dated:  White Plains, New York
          May 17, 2022

                                                                   _____
                                                                     Philip M. Halpern
                                                                   United States District Judge