UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOMINIQUE D. WILLIAMS,

                Plaintiff,

v.                                                                                                **ORDER**

LOHARD, Officer/Lt of Newburgh NY PD,            20-CV-10571 (PMH)
et al.,
                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      A telephone case management conference was scheduled for 10:00 a.m. today. Counsel for defendants appeared; plaintiff *pro se* did not appear. Counsel for defendants advised that the facility was unable to make plaintiff available for this conference.

      The Court hereby adjourns the case management conference to **December 19, 2022 at 11:00 a.m.**, to be held by telephone conference. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

      ***It is the responsibility of counsel for <u>defendants</u> to make prior arrangements with the appropriate facility to have the <u>plaintiff</u> available via telephone.***

SO ORDERED.

Dated: White Plains, New York
       November 29, 2022

                                                 _____
                                                 Philip M. Halpern
                                                 United States District Judge