UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DOMINIQUE D. WILLIAMS,

                              Plaintiff,

v.                                                          **ORDER**

LOHARD, Officer/Lt of Newburgh NY PD,          20-CV-10571 (PMH)
et al.,
                              Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Plaintiff *pro se* and counsel for defendants appeared by telephone today for a case management conference.

With respect to defendants' extant document demands and pending Rule 37 motion, the Court *sua sponte* granted plaintiff a 30-day extension of time to respond to the demands and produce documents. The Court warned plaintiff, in light of his non-compliance with two prior Court orders regarding production of documents, of the consequences of his failure to respond to defendants' document demands by January 19, 2023; specifically, that the failure to produce documents may result in the Court precluding him from offering evidence at trial.

Accordingly, plaintiff shall respond and produce documents in response to defendants' document demands by January 19, 2023. Defendants shall file a letter as a supplement to their Rule 37 motion advising the Court whether plaintiff served responses to the demands; and defendants may explain in that letter the basis, if any, for defendants' request for leave to move for summary judgment. Defendants were not granted leave to move for summary judgment at this conference in light of the failure to comply with the Court's Individual Practices for making such a motion, and because the time to so move expired under Rule 56(b).

The Court encouraged Plaintiff to seek assistance as necessary from the Court's Pro Se

Intake Unit as well as for the retention of *pro bono* counsel.

SO ORDERED.

Dated:  White Plains, New York
       December 19, 2022

                                                  Philip M. Halpern
                                                  United States District Judge