UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOMINIQUE D. WILLIAMS,

                Plaintiff,

v.                                                  **ORDER**

LOHARD, Officer/Lt of Newburgh NY PD,      20-CV-10571 (PMH)
et al.,

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      In light of the possibility of Plaintiff's representation by pro bono counsel, the Court *sua sponte* extends the time for Plaintiff to oppose the pending Rule 37 motion to March 21, 2023.

SO ORDERED.

Dated: White Plains, New York
         March 6, 2023

                                              _____
                                              Philip M. Halpern
                                              United States District Judge

1