UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DOMINIQUE D. WILLIAMS,

                Plaintiff,

v.                                   **ORDER**

LOHARD, Officer/Lt of Newburgh NY PD,       20-CV-10571 (PMH)
et al.,

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared in person today for a case management conference. As discussed on the record, the Court construed Defendant Hughes' pre-motion letter (Doc. 97) as its motion to dismiss. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011); *see also Brown v. New York*, 2022 WL 221343, at *2 (2d Cir. Jan. 26, 2022). Having considered the parties' written submissions and provided counsel an opportunity to be heard, the motion is DENIED for the reasons stated on the record and law cited therein.

      Defendant Hughes is directed to file his Answer by September 20, 2023.

      See Transcript.

SO ORDERED.

Dated: White Plains, New York
       September 7, 2023

                                                    Philip M. Halpern
                                                  United States District Judge