UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DOMINIQUE WILLIAMS,

                Plaintiff,

         - against -

KEVIN LAHAR s/h/a LOHARD, Officer/Lt of
Newburgh NY PD, and New York State Trooper
MATTHEW HUGHES, in his individual capacity,

                Defendants.
------------------------------------------------------------- X

20-CV-10571 (PMH)

~~[PROPOSED]~~ ORDER
AUTHORIZING DEPOSITION
OF INCARCERATED PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 30(a)(2), and consistent with Federal Rule of Civil Procedure 26(b)(1) and (2), it is hereby

ORDERED that an Assistant Attorney General may take the deposition of Plaintiff Dominique Williams, DIN 21-A-2809 at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is then located, at a time and in a manner to be coordinated with the facility in which he is incarcerated, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York; and

ORDERED that the Facility at which Plaintiff is incarcerated is to provide at least four consecutive hours for Plaintiff's counsel to prepare Plaintiff before the deposition.

Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Federal Rule of Civil Procedure 37(d), which may include an order dismissing this action.

Dated: White Plains, New York
       November 29, 2023

SO ORDERED.

_____
Hon. Philip M. Halpern, U.S.D.J.