

**Office of the New York State Attorney General**

January 10, 2025

**VIA ECF**
Honorable Philip M. Halpern
U.S. District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> Application granted. The time to file pretrial submissions is extended to March 3, 2025. An order of reference to the assigned Magistrate Judge for settlement will be separately docketed.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 10, 2025

Re: *Williams v. Hughes*, No. 20 Civ. 10571 (PMH)

Dear Judge Halpern:

    This office represents Defendant Matthew Hughes in the above-referenced case. I write on behalf of both remaining Parties to respectfully request that the current January 31, 2025 deadline to file the pre-trial materials required by this Court's Individual Practice Rules 6(A) and 6(B) be extended by at least one month while the Parties explore the possibility of an amicable resolution of this matter. The Parties also respectfully request that the Court refer this matter to a Magistrate Judge for purposes of settlement, because they currently believe that a settlement conference will assist them in reaching a resolution.

    The Parties appreciate the Court's time and attention.

Respectfully submitted,

/s/ Daniel S. Kirschbaum
Daniel S. Kirschbaum
Assistant Attorney General

cc: All counsel (by ECF)