## COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue

---

Application granted. The time to file pretrial submissions is extended to April 1, 2025. The Court is not inclined to grant any further extensions of this deadline.

SO ORDERED.

_[signature]_

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        February 13, 2025

---

**Via ECF**

The Honorable Philip M. Halpern
United States District Judge
The Honorable Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *Williams v. Hughes*, 7:20-cv-10571 (PMH)

Dear Judge Halpern:

    We represent Plaintiff Dominique Williams in the above-captioned matter.  We write on behalf of both remaining parties to jointly request an extension of time to file the pretrial materials required by Paragraphs 6(A) and 6(B) of Your Honor's Individual Practices.

    Pursuant to Magistrate Judge Reznik's Order dated January 15, 2025, and at the request of the parties, a settlement conference was scheduled for yesterday, February 11, 2025, at 2:30pm.  Due to a personal matter, Judge Reznik rescheduled the settlement conference to March 11, 2025, at 2:30pm.

    In light of this adjournment and to facilitate potential settlement of this matter, the parties respectfully request an extension until April 1, 2025, to file the pretrial materials required by Paragraphs 6(A) and 6(B) of Your Honor's Individual Practices.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Kevin Coleman