UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIQUE WILLIAMS,

                Plaintiff,

-against-

New York State Trooper MATTHEW HUGHES,
in his individual capacity,

                Defendant.

**ORDER**

20-CV-10571 (PMH)

PHILIP M. HALPERN, United States District Judge:

A pretrial conference has been scheduled for May 6, 2025 at 2:30 p.m. to be held in Courtroom 620 of the White Plains Courthouse.

SO ORDERED:

Dated: White Plains, New York
       April 7, 2025

                                                Philip M. Halpern
                                                United States District Judge