

**Office of the New York State**  **Letitia James**
**Attorney General**  **Attorney General**

April 8, 2025

**VIA ECF**
Honorable Philip M. Halpern
U.S. District Court, Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> Re:  *Williams v. Hughes*, No. 20 Civ. 10571 (PMH)

Dear Judge Halpern:

This office represents Defendant Matthew Hughes in the above-referenced case. I write in response to your Order of yesterday (Dkt. No. 182), which scheduled a pre-trial conference for May 6, 2025. Because I will be trying another case during that week, *Tripathy v. McClowski, et al.*, No. 21 Civ. 6584 (CS), I respectfully request that the pretrial conference in this case be postponed by at least one week, to May 13, 2025 or any time thereafter.

I contacted Plaintiff's counsel yesterday regarding this request, and they have no objections.

I appreciate the Court's consideration.

Respectfully submitted,

*/s/ Daniel S. Kirschbaum*
Daniel S. Kirschbaum
Assistant Attorney General

cc:  All counsel (by ECF)

---

> Application granted. The pretrial conference is adjourned to June 11, 2025 at 2:30 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           April 8, 2025