# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

---

> Application granted. The pretrial conference scheduled for July 7, 2025 is adjourned to July 17, 2025 at 2:30 p.m.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 10, 2025

---

**Via ECF**

The Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Williams v. Hughes*, 7:20-cv-10571 (S.D.N.Y.) (PMH)

Dear Judge Halpern:

I represent Plaintiff Dominique Williams ("Plaintiff") in the above-captioned case.

The parties are in receipt of the Court's June 6, 2025 Order (Docket # 189) rescheduling the pretrial conference in this matter to July 7, 2025.

I will be out of town during the week of July 7, in connection with my wedding later that week. Accordingly, with the gracious consent of counsel for Defendant, I write on behalf of the parties to jointly request an adjournment of the July 7 conference date.

All parties are available for a conference on July 16, 17, or 18. We understand from Chambers that the Court is available on July 17 at 2:30pm. Accordingly, we respectfully request that the Court adjourn the July 7 conference to that time, or to another time on July 16, 17, or 18 that is convenient for the Court.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

/s/ Kevin Coleman