UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIQUE WILLIAMS,

                Plaintiff,

-against-

New York State Trooper MATTHEW HUGHES, *in his individual capacity*,

                Defendant.

**ORDER**

7:20-CV-10571 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference today. For the reasons set forth on the record, Plaintiff's motions *in limine* (Doc. 177) are GRANTED IN PART as stated on the record and Defendant's motions *in limine* (Doc. 179) are GRANTED IN PART as stated on the record.

As explained more fully during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, by **August 7, 2025**, an Amended Proposed Joint Pretrial Order.

2. The Court issued its rulings which granted, granted in substance, or denied the parties' proposed Voir Dire questions. The Court circulated the proposed Voir Dire Questionnaire and Summary of the Case. Any serious objections thereto, and any additions or deletions, in particular: any other people/places/entities that may be mentioned at trial; and names of other individuals who might be at counsel table besides those identified in the questions (like paralegals, interns, etc.), shall be set forth in a joint letter filed by **August 7, 2025.**

3. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **August 7, 2025**, a revised joint proposed Verdict Sheet.

4. Three exhibit binders containing the parties' exhibits (without duplicates), and an index listing the content of the binders shall be produced to the Court at least one week prior to trial.

5. This case is scheduled as primary backup to a trial scheduled to commence on August 13, 2025; and as primary backup to a trial scheduled to commence on October 6, 2025.

This case must therefore be trial-ready for either of those dates. The parties are on five days' trial notice.

See Transcript.

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 177 and Doc. 179.

                                            **SO ORDERED:**

Dated:  White Plains, New York
          July 17, 2025

                                          PHILIP M. HALPERN
                                          United States District Judge