UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIQUE WILLIAMS,

                Plaintiff,

        -against-

New York State Trooper MATTHEW HUGHES, in his individual capacity,

                Defendant.

**ORDER**

20-CV-10571 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The parties are hereby notified that this matter will proceed to jury trial on **October 6, 2025**. All parties and counsel shall appear on that date at 9:00 a.m. in a courtroom to be determined at the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED:

Dated: White Plains, New York
       July 24, 2025

_____
Philip M. Halpern
United States District Judge