UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DOMINIQUE WILLIAMS,

                Plaintiff,

    v.

New York State Trooper MATTHEW HUGHES,

*in his individual capacity*,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20-CV-10571 (PMH)

**NOTICE OF MOTION FOR ALTERNATIVE SERVICE ON KELLI MCVEA**

**PLEASE TAKE NOTICE** that, Plaintiff Dominique Williams, pursuant to Federal Rule of Civil Procedure 45 and upon the memorandum in support of this motion and supporting papers, moves this Court for entry of an order permitting Plaintiff to serve Kelli McVea with a copy of a Rule 45 Subpoena by the alternative means listed in the memorandum.

Dated: September 8, 2025

Respectfully Submitted,

*/s/ Kevin Coleman*
Kevin Y. Coleman
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5785
KColeman@cov.com

David A. Luttinger, Jr.
Anna Venguer Benrey
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

---

Defendant, who also intends to call McVea in his case in chief (see Doc. 207), shall file his opposition, if any, to this motion by September 15, 2025. Defense counsel shall indicate if it is authorized to accept service of the trial subpoena on behalf of McVea.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         September 9, 2025

(212) 841-1134
(212) 379-8743
DLuttinger@cov.com
AVenguer@cov.com

Mackenzie Dooner
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7033
MDooner@cov.com

*Attorneys for Plaintiff*

CC: All counsel of record (via CM/ECF)