UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIQUE WILLIAMS,

                Plaintiff,

-against-

New York State Trooper MATTHEW HUGHES,
in his individual capacity,

                Defendant.

**ORDER**

20-CV-10571 (PMH)

PHILIP M. HALPERN, United States District Judge:

On September 8, 2025, Plaintiff moved for an order permitting alternative service of a trial subpoena on Kelli McVea. (Doc. 211). On September 15, 2025, Defendant filed, pursuant to the Court's order, a response to the motion, advising that he does not oppose the relief sought. (Doc. 215).

Plaintiff's motion provides sufficient facts and evidence to demonstrate that the alternate method of service requested is reasonably calculated, under all the circumstances, to provide McVea with adequate notice of the trial subpoena. *See, e.g., Windward Bora LLC v. Edinboro*, 719 F. Supp. 3d 238, 241-42 (E.D.N.Y. 2024). Accordingly, the unopposed motion is granted and Plaintiff is permitted to serve McVea with the trial subpoena by utilizing a combination of the following three methods: (1) service by email to kpike66@hotmail.com; (2) service by certified mail to the Queensbury address; and (3) service by affixing the subpoena to the door of the Queensbury address.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 211).

SO ORDERED:

Dated: White Plains, New York
       September 16, 2025

_____
Philip M. Halpern
United States District Judge