UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINIQUE WILLIAMS,

                Plaintiff,                          20 **CIVIL** 10571 (PMH)

       -against-                             **JUDGMENT**

New York State Trooper MATTHEW HUGHES, in his
individual capacity,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** White Plains, New York
            October 8, 2025

                                                                       TAMMI M. HELLWIG

**So Ordered:**                                                           Clerk of Court

                                                            BY:

           U.S.D.J.                                                  Deputy Clerk