UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIQUE WILLIAMS,

                Plaintiff,

            -against-

New York State Trooper MATTHEW HUGHES,
in his individual capacity,

                Defendant.

**ORDER**

20-CV-10571 (PMH)

PHILIP M. HALPERN, United States District Judge:

Costs were taxed prematurely on November 25, 2025 (Doc. 226).

The Clerk of Court is respectfully requested to strike the document docketed on November 25, 2025 (Doc. 226) from the docket.

SO ORDERED:

Dated:  White Plains, New York
        November 25, 2025

_____
Philip M. Halpern
United States District Judge