# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1000

**Via ECF**

The Honorable Philip M. Halpern
United States District Judge
The Honorable Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted. The Court adopts the parties' proposed briefing schedule.
>
> SO ORDERED.
>
> _[signature]_
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            December 10, 2025

Re:  ***Williams v. Hughes***, **7:20-cv-10571 (S.D.N.Y.) (PMH)**

Dear Judge Halpern:

We represent Plaintiff Dominique Williams in the above-captioned case.  We submit this letter motion respectfully requesting a two-week extension to December 29, 2025, of the December 15, 2025 deadline for Plaintiff to file a motion to vacate the clerk's taxation of costs (Docket No. 230).  Counsel for Defendant has consented to this extension request.

Plaintiff intends to file a motion to vacate the clerk's taxation of costs based in part on Plaintiff's inability to pay the costs sought by Defendant.  In support of this argument, Plaintiff intends to submit a declaration supplying the Court with information concerning Plaintiff's financial status.  Plaintiff previously submitted a declaration in connection with Plaintiff's objections to the taxation of costs (Docket Nos. 228, 229.1); however, Plaintiff intends to submit an updated declaration for the contemplated motion to vacate.  Counsel for Plaintiff has mailed this document to Mr. Williams at his correctional facility but may not receive the signed document back until after the seven-day deadline set by Fed. R. Civ. P. 54(d)(1).  Accordingly, Plaintiff respectfully requests a two-week extension to December 29, 2025, of the deadline for Plaintiff to file a motion to vacate the clerk's taxation of costs.

The parties also jointly request that the Court so-order the below agreed upon briefing schedule for Plaintiff's contemplated motion to vacate the clerk's taxation of costs:  Plaintiff's initial motion papers due December 29, 2025; Defendant's opposition due January 20, 2026; Plaintiff's reply due January 27, 2026.

Respectfully submitted,

/s/ Kevin Coleman

cc:      All counsel of record (via ECF)